**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:18-cr-0187** |
| **VERSUS** | : | **JUDGE WALTER** |
| **ANTHONY JOSEPH FELIX** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 35] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the defendant's Motion to Dismiss Indictment [doc. 27] be **DENIED** and that his Motion for Evidentiary Hearing [doc. 27] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers this 10th day of December, 2018.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**